# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00430-CV

**Bechtel Corporation; MasTec North America, Inc., d/b/a Wilde Construction; C&S Network Construction and Bechtel Telecommunications, Appellants**

**v.**

**CITGO Products Pipeline Company, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT NO. 01-0-213, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## S U P P L E M E N T A L   O P I N I O N

In response to our opinion of October 3, 2008, CITGO has informed the Court that it filed with the district clerk a remittitur of $287,780.76 of the past negligence damages it was awarded in the district court's judgment. In accordance with our prior opinion, we reform this portion of the district court's judgment to award CITGO $871,413.99 in past negligence damages instead of $1,159,194.75. Similarly, as we have overruled appellants' challenges to the portions of the district court's judgment apportioning 80 percent responsibility to MasTec for CITGO's negligence damages and 10 percent responsibility to Bechtel, we reform the district court's judgment to award CITGO $697,131.19 in past negligence damages from MasTec rather than $927,355.80, and $87,141.40 in past negligence damages from Bechtel rather than $115,919.48. We likewise reform the district court's award of prejudgment interest on these amounts to award CITGO $178,081.64 from MasTec and $22,260.21 from Bechtel.

In our October 3, 2008 opinion, we overruled appellants' challenges to the portions of the district court's judgment awarding CITGO future negligence damages from MasTec and Bechtel. Accordingly, we affirm, as reformed herein, the portion of the district court's judgment awarding CITGO negligence damages. As we have explained in our prior opinion, we reverse the portion of the district court's judgment awarding CITGO attorney's fees on its promissory-estoppel theory and render judgment that CITGO take nothing on that theory.

_____

Bob Pemberton, Justice

Before Justices Pemberton, Waldrop and B. A. Smith;
   Justice B. A. Smith Not Participating

Reversed and Rendered in part; Reformed and, as Reformed, Affirmed in part

Filed:  November 7, 2008